## MOTION DOCKET

**95–64. State ex rel. Crandall, Phiels & Wisniewski v. DeCessna.**
In Procedendo and Prohibition. On motion for order to show cause and on motion to strike relators' motion to show cause. *Sua sponte,* alternative writ granted.
    COOK, J., dissents.
    RESNICK, J., not participating.

**95–1841. State ex rel. Kabert v. Shaker Hts. Bd. of Edn.**
In Mandamus. On request for oral argument, motion to refer calculation of back pay to master commissioner, and motion to consolidate case with 96–1787, *State ex rel. Cohn v. Shaker Hts. Bd. of Edn.,* Cuyahoga App. No. 69539. Request and motions denied.
    MOYER, C.J., would grant the motion to refer and the motion to consolidate.

**95–2377. Great N. Inns Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–A–883. On joint motion to remand. Motion granted.

**96–740. Blue Cross & Blue Shield of Ohio v. Schmidt.**
Lucas App. No. L–94–291. On motion to strike. Motion denied.
    PFEIFER, J., dissents.
    RESNICK, J., not participating.

**96–876. Gallia Cty. Veterans Serv. Comm. v. Gallia Cty. Bd. of Commrs.**
Gallia App. No. 95CA13. On motion to strike *amicus* brief of Board of Commissioners of Franklin County by Gallia County Veterans Service Commission. Motion granted.
    RESNICK and PFEIFER, JJ., dissent.